UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Edward Briggs,<br><br>　　Plaintiff,<br><br>vs.<br><br>Pinnacle Credit Services, LLC; and DOES 1-10, inclusive,<br><br>　　Defendants | Case No. 10-CV-02080-AWI-GSA<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION** |

　　　　The parties having stipulated to the dismissal of this action and it appearing that no issues remain for the Court's determination, the court hereby **GRANTS** the parties' stipulation for dismissal of the action. This action and all claims asserted therein are therefore **DISMISSED** with prejudice. The Clerk of Court is instructed to close the case file.

IT IS SO ORDERED.

Dated:　August 12, 2011　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE